O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYLE ANN MONTGOMERY,<br><br>　　　　　Plaintiff,<br>　　v.<br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br>　　　　　Defendant. | Case No. CV 12-1094-OP<br><br>JUDGMENT |

　　　Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

　　　IT IS ADJUDGED that Judgment be entered reversing the decision of the Commissioner of Social Security and remanding this matter for further administrative proceedings consistent with this Memorandum Opinion.

DATED: October 10, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE OSWALD PARADA
　　　　　　　　　　　　　　　　　United States Magistrate Judge