**JOEL D. LEIDNER**
*Attorney at Law*
CSBN# 52559
4622 Hollywood Boulevard
Los Angeles, Ca 90027
Telephone: (323) 664-5670
Fax: (323) 662-0840
Email: joel.leidner@igc.org

Attorney for Plaintiff
CHERYLE ANN MONTGOMERY

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEAN TURK
Special Assistant United States Attorney
California Bar No.131517
    Social Security Administration
    Office of the General Counsel Region IX
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415)977-8935
    Facsimile: (415)744-0134
    Email: jean.turk@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHERYLE ANN MONTGOMERY ) | Case No: CV 12-01094 (OP) |
|     Plaintiff, ) | |
|     v. ) | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS PURSUANT TO 28 U.S.C. §§ 1920 AND 2412(d) |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
|     Defendant. ) | |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's

1 assignee, shall be awarded attorney fees under EAJA in the amount of five thousand
2
3 dollars and zero cents ($5,000.00), as authorized by 28 U.S.C. §§ 1920 and 2412(d),
4 subject to the terms of the above-referenced Stipulation.

Dated:   January 22, 2013

                  OSWALD PARADA
                  United States Magistrate Judge